IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES R. YOUNG

vs.                      Case Nos.:     1:19cv150/AW/GRJ

UNITED STATES OF AMERICA

_____

## **REPORT AND RECOMMENDATION**

This matter is before the court upon Petitioner James R. Young's "Motion Request for Appointment of Counsel and Emergency Habeas Review Pursuant to the Recent Decision in *Rehaif [v. United States,* 139 S. Ct. 2191 (2019)." (ECF No. 1.) In the motion, which was transferred to this court from the Middle District of Florida, Tampa Division, on July 30, 2019, Petitioner seeks review of and relief from his criminal conviction in case 1:94cr1036. Petitioner has already filed a motion that encompasses all of the allegations in the instant motion in his criminal case. (*See* Case 1:94cr1036/MW/GRJ, ECF No. 274). Therefore. the instant case should be dismissed.

Based on the foregoing, it is respectfully **RECOMMENDED** that:

The "Motion Request for Appointment of Counsel and Emergency Habeas Review Pursuant to the Recent Decision in *Rehaif*", ECF No. 1, should be **DENIED** and this case should be **DISMISSED**.

**IN CHAMBERS** at Gainesville, Florida, this 31st day of July, 2019.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case Nos.: 1:19cv150/AW/GRJ