# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JAMES R. YOUNG,**

    **Petitioner,**

**v.**                                                                                   **Case No. 1:19-cv-150-AW-GRJ**

**UNITED STATES OF AMERICA,**

    **Respondent.**

_____/

## ORDER OF DISMISSAL

Before the Court is the Magistrate Judge's Report and Recommendation. ECF No. 5. No objections have been filed.* The Court concludes that the Report and Recommendation should be accepted, and it is incorporated into this Order. "Petitioner's Motion Request for Appointment of Counsel and Emergency Habeas Review Pursuant to the Recent Decision in *Rehaif*," ECF No. 1, is DENIED, and this case is DISMISSED. The Clerk shall enter a judgment stating: "This case is dismissed." The Clerk shall close the file.

SO ORDERED on October 31, 2019.

                                                      s/ *Allen Winsor*
                                                      United States District Judge

---

    * The Report and Recommendation was first returned as undeliverable. ECF No. 6. However, the Clerk then mailed the Report and Recommendation to Petitioner at his new address in federal custody.